E-Filed: **4/28/09**

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MACKEY,<br><br>    Petitioner,<br><br>vs.<br><br>GEORGE GIURBINO, Warden,<br><br>    Respondent. | Case No. CV 06-3928-GHK (OP)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that Judgment be entered: (1) approving and adopting this Report and Recommendation; and (2) directing that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED:   4/28/09

HONORABLE GEORGE H. KING
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge